**HELEN M. LUDWIG**
*Chapter 7 Trustee*
10150 W. National Avenue
Suite 390
West Allis, WI 53150
Ph: 414-321-0078
Fax: 414-321-9040
Email: hludwig@sbl-law.org



FILED-MAIL
2014 OCT 10 AM 11: 01
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

October 6, 2014

Ms. Janet Medlock
Clerk, U.S. Bankruptcy Court
517 E. Wisconsin Avenue
Room 126
Milwaukee, WI 53202

    Re:   In re the Bankruptcy of Miracola, Rick & Jami
            Case No.: 10-25845 SVK

Dear Ms. Medlock :

Enclosed please find my trustee check in the amount of $1,895.18 represented unclaimed funds for the following claim in the above entitled bankruptcy:

| Claim Number: | Claimant: | Amount: |
|---|---|---|
| 8 | Great Lakes Educational Guaranty Corp.<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison, WI 53708-8973 | $ 1,895.18 |
| | **TOTAL UNCLAIMED FUNDS** | $ 1,895.18 |

Please contact me should you have any questions or concerns. Thank you for your consideration in this matter.

Very truly yours,

Helen M. Ludwig, Trustee

HML/ms

Enclosure